ney's fees, and disbursements. The defendant showed that he had paid the attorney's fees and disbursements, amounting to the sum of $330.95, leaving the sum of $9.05 due the plaintiff, for which he had a judgment. The record presents purely a question of fact, which the trial judge decided in favor of the defendant's contention, and there is ample evidence to support that finding. Some criticism has been made by the appellant's counsel, in their brief, regarding the admission of certain testimony objected to by them. An examination of the record does not disclose error that would warrant a disturbance of the judgment, in view of all the facts and circumstances shown, nor does it appear that injustice has been done. Judgment affirmed, with costs. All concur.

BRAYTON v. SHERMAN et al. (Supreme Court, Appellate Division, Third Department, December 6, 1899.) Action by George W. Brayton, individually and as assignee, etc., against Henry L. Sherman, as administrator, etc., and others. No opinion. Motion for reargument denied, with $10 costs. See 60 N. Y. Supp. 1118.

BRISTOL, Respondent, v. LAMBERT et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by Sarah L. Bristol against George Lambert and others. No opinion. Judgment and order affirmed, with costs. All concur, except LANDON, J., who dissents:

BRYANT, Appellant, v. SEAVER, Respondent (three cases). (Supreme Court, Appellate Division, First Department. December 8, 1899.) Actions by Emiyl A. Bryant against Arthur A. Seaver. A. Holbrook, for appellant. A. Kling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BUFFALO GERMAN INS. CO., Appellant, v. CHASE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by the Buffalo German Insurance Company against James W. Chase and others. No opinion. Judgment affirmed, with costs.

BUSH, Appellant, v. O'BRIEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Irving T. Bush against John O'Brien and others. No opinion. Order affirmed, on argument, with costs.

BUTTLING, Respondent, v. DADY, Appellant (five cases). (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Actions by William J. Buttling, executive member of the Kings County Republican Committee, representing the Fifth ward, against Michael J. Dady, chairman of the executive committee of the Kings County Republican General Committee. PER CURIAM. Appeals dismissed, without costs, on the ground that, the election officers having been appointed before the cases were brought on for argument, and the validity of their appointment being unquestioned, a determination of the appeals can have no practical effect, as the rules of the Republican county organization in the premises may be changed before the next election.

CALVERT, Respondent, v. KEETELS et al., Defendants (MONJO, Appellant). (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by E. S. Calvert against William F. Keetels, Louis Monjo, and others. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

In re CAMERON'S ESTATE. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) In the matter of the estate of Cynthia M. Cameron. No opinion. Motion denied, without costs.

In re CAMPBELL. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) In the matter of the petition of John D. Campbell for an order revoking, etc., liquor tax certificate No. 24,279, issued to William F. Robinet. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon opinion of Hardin, P. J., in Lyman v. Athletic Club (decided at this term) 61 N. Y. Supp. 884.

CANNING, Appellant, v. BUFFALO, R. & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by William Canning, as administrator, etc. against the Buffalo, Rochester & Pittsburg Railway Company. No opinion. Judgment affirmed, with costs, and motion for leave to go to the court of appeals granted. See 50 N. Y. Supp. 506.

CANNON et al., Respondents, v. AMERICAN FIRE INS. CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by William Cannon and others, as executors, etc., against the American Fire Insurance Company of Philadelphia. No opinion. Judgment affirmed, with costs.

CANTOR, Respondent, v. ROESSEL et al., Appellants. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Herman Cantor against Louis Roessel and others. E. L. Kalish, for appellants. M. J. Hirsch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CHRISTIAN FEIGENSPAN, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Action by Christian Feigenspan, a corporation, against Patrick O'Brien.

PER CURIAM. Under section 3049 of the Code of Civil Procedure, there is ample power in this court to allow an appellant to perfect a defective appeal. See Thorn v. Roods, 47 Hun, 433; McCarthy v. Crowley (Sup.) 5 N. Y. Supp. 675. The decisions to the contrary were before the enactment of this code provision. Application granted, on appellant paying the requisite costs within three days.